# Exhibit B



# City of Chicago

## Office of the City Clerk

## Document Tracking Sheet



O2016-8627

**Meeting Date:** 12/14/2016

**Sponsor(s):** Emanuel (Mayor)

**Type:** Ordinance

**Title:** Amendment of Municipal Code Chapters 4-6, 4-13 and 4-14 regarding legal duties of bed-and-breakfast establishment, vacation rental and shared housing unit licensees

**Committee(s) Assignment:** Committee on License and Consumer Protection



## OFFICE OF THE MAYOR

CITY OF CHICAGO

RAHM EMANUEL
MAYOR

December 14, 2016

TO THE HONORABLE, THE CITY COUNCIL
OF THE CITY OF CHICAGO

Ladies and Gentlemen:

At the request of the Commissioner of Business Affairs and Consumer Protection, I transmit herewith an ordinance amending various provisions of the Municipal Code regarding shared housing.

Your favorable consideration of this ordinance will be appreciated.

Very truly yours,

*Rahm Emanuel*
Mayor

# O R D I N A N C E

## BE IT ORDAINED BY THE CITY COUNCIL OF THE CITY OF CHICAGO:

**SECTION 1.** Section 4-6-290 of the Municipal Code of Chicago is hereby amended by deleting the language stricken through and by inserting the language underscored, as follows:

**4-6-290 Bed-and-breakfast establishment.**

*(Omitted text is unaffected by this ordinance)*

(f)  *Legal duties.* Each licensee engaged in the business of bed-and-breakfast establishment shall have a duty to:

*(Omitted text is unaffected by this ordinance)*

(2)  maintain current guest registration records which contain the following information about each guest: the guest's name, address, signature, room assignment and dates of accommodation. The <u>licensee shall keep such guest</u> registration records ~~shall be kept~~ on file for three years<u>.</u> ~~and, upon request by any authorized city official, shall be made available for inspection by such city official during regular business hours or in case of an emergency;~~ <u>Except in cases where a licensee consents to disclosure of the applicable guest registration records or an exception to a warrant applies, including exigent circumstances, guest registration records shall be subject to disclosure to an authorized city official pursuant only to a proper search warrant, administrative subpoena, judicial subpoena, or other lawful procedure to compel the production of records that affords the licensee an opportunity for precompliance review by a neutral decisionmaker;</u>

*(Omitted text is unaffected by this ordinance)*


**SECTION 2.** Section 4-6-300 of the Municipal Code of Chicago is hereby amended by deleting the language stricken through and by inserting the language underscored, as follows:

**4-6-300 Vacation rentals.**

*(Omitted text is unaffected by this ordinance)*

(f)  *Legal duties.*

*(Omitted text is unaffected by this ordinance)*

1

(3)  *Maintenance of records – Required.* Each licensee engaged in the business of vacation rental shall have a duty to keep the guest registration records required under subsection (f)(2) of this section on file for three years ~~and, upon request by any authorized city official, to make such records available for inspection by such city official during regular business hours or in the case of an emergency~~. Except in cases where a licensee consents to disclosure of the applicable guest registration records or some other exception to a warrant applies, including exigent circumstances, guest registration records shall be subject to disclosure to an authorized city official pursuant only to a proper search warrant, administrative subpoena, judicial subpoena, or other lawful procedure to compel the production of records that affords the licensee an opportunity for precompliance review by a neutral decisionmaker.

*(Omitted text is unaffected by this ordinance)*


**SECTION 3.** Section 4-13-215 of the Municipal Code of Chicago is hereby amended by deleting the language stricken through and by inserting the language underscored, as follows:

**Section 4-13-215  Attestation – Acknowledgment – Required.**

The intermediary shall be required to make available an electronic copy of a summary of the requirements of this ordinance, including the requirement that the shared housing host be a natural person; the eligibility requirements for registration of a shared housing unit, as set forth in Chapters 4-13 and 4-14 of the Municipal Code of Chicago, and the potential penalties applicable for violation of the ordinance. As a condition of listing on the platform, the intermediary shall require the shared housing host to attest that the host has reviewed ~~and understood~~ the summary of the requirements of this ordinance and to acknowledge that the listing, rental and operation of shared housing units in the City are subject to those requirements.


**SECTION 4.** Section 4-14-020 of the Municipal Code of Chicago is hereby amended by deleting the language stricken through and by inserting the language underscored, as follows:

**4-14-020  Shared housing unit registration – Required.**

*(Omitted text is unaffected by this ordinance)*

(c) (1)  *Attestation – Accurate information – Required.* It shall be unlawful for any shared housing host: (i) not to submit ~~any~~ the attestation required under Section 4-13-215, or (ii) to submit ~~an~~ incomplete or false ~~attestation~~ information on the registration application required under ~~Section 4-13-215~~ subsection (b) of this section.

(2)  *False statements.* ~~The attestation required under this subsection (c)~~ Any information on a registration application submitted pursuant to subsection (b) of this section shall be deemed to be an ~~attestation~~ application to the city within the meaning of the False Statements

2

Ordinance, Chapter 1-21 of this Code, regardless of the method by which such ~~attestation~~ information is submitted or transmitted to the department.

*(Omitted text is unaffected by this ordinance)*


**SECTION 5.** Section 4-14-040 of the Municipal Code of Chicago is hereby amended by deleting the language stricken through and by inserting the language underscored, as follows:

**4-14-040 Legal duties.**

*(Omitted text is unaffected by this ordinance)*

(b) *Operating requirements.* Each shared housing host shall comply with the following operating requirements:

*(Omitted text is unaffected by this ordinance)*


(9) *Maintenance of records – Required.* Each shared housing host shall keep the guest registration records required under subsection (b)(8) of this section on file for three years ~~and, upon request by any authorized city official, shall make such records available for inspection by such city official during regular business hours or in the case of an emergency~~. Except in cases where a shared housing host consents to disclosure of the applicable guest registration records or some other exception to a warrant applies, including exigent circumstances, guest registration records shall be subject to disclosure to an authorized city official pursuant only to a proper search warrant, administrative subpoena, judicial subpoena, or other lawful procedure to compel the production of records that affords the licensee an opportunity for precompliance review by a neutral decisionmaker.

*(Omitted text is unaffected by this ordinance)*


**SECTION 6.** This ordinance shall take full force and effect upon its passage and approval.

3