UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
Eastern Division

Keep Chicago Livable, et al.
                              Plaintiff,

v.                                         Case No.: 1:16−cv−10371
                                           Honorable Sara L. Ellis

City of Chicago, The
                              Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 23, 2017:

MINUTE entry before the Honorable Sara L. Ellis:Status hearing held on 2/23/17. Defendant reports that City Council passed the amendments. Plaintiff to file an amended complaint by 2/27/17. Plaintiff to file preliminary injunction motion by 2/28/17. Stay of implementation of legislation extended through 3/3/17. Next status date set for 3/2/17 at 1:45 PM. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.